# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| TIMOTHY BANKSTON and CHRISTIE F. BANKSTON, <br><br> Plaintiffs, <br><br> v. <br><br> PAPER PROFITS, LLC, FCI LENDER SERVICES, INC., and TRINITY FINANCIAL SERVICES, LLC, <br><br> Defendants. | Case No. 4:22-cv-01354-CLM |

## PAPER PROFITS, LLC'S AND FCI LENDER SERVICES, INC.'S MOTION FOR MORE DEFINITE STATEMENT

COME NOW, Paper Profits, LLC ("Paper") and FCI Lender Services, Inc. ("FCI"), two of the Defendants in the above-styled civil action, and move this Court to order the Plaintiffs to provide a more definite statement pursuant to Fed. R. Civ. P. 12(e). In support of this Motion, Paper and FCI are contemporaneously filing their Memorandum of Law containing arguments and citation of authorities.

WHEREFORE, Paper and FCI pray for the following relief:

a) That this Court strike the Plaintiff's Complaint as being an impermissible shotgun pleading;

b) That this Court order a more definite statement/amended complaint that complies with Rules 8(a) and 10(b);

c) That this Court order that Paper and FCI do not need to respond to any amended complaint until the Court has undertaken a *sua sponte* review of it to determine whether it is also a shotgun pleading; and

d) For any other relief that this Court deems just and proper.

Respectfully submitted, this 28th day of October, 2022.

>  */s/ Amanda M. Beckett*
> AMANDA M. BECKETT
> DOUGLAS BAYMILLER
> **RUBIN LUBLIN, LLC**
> 428 N. Lamar Blvd., Suite 107
> Oxford, MS 38655
> (601) 398-0153 (Telephone)
> (404) 921-9016 (Facsimile)
> abeckett@rlselaw.com
> dbaymilller@rlselaw.com
>
> *Attorneys for Paper Profits, LLC and FCI Lender Services, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have, this 28th day of October, 2022, filed the within and foregoing via CM/ECF, which will serve notice on all parties who have appeared in this matter. The CM/ECF system will serve the following electronically:

Kenneth J. Lay
kennth.j.lay@gmail.com


*/s/ Amanda M. Beckett*
AMANDA M. BECKETT