IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| TIMOTHY BANKSTON, )<br>CHRISTIE F BANKSTON, )<br>  )<br>PLAINTIFFS, )<br>  )<br>v. )<br>  )<br>PAPER PROFITS LLC, )<br>FCI LENDER SERVICES INC., )<br>TRINITY FINANCIAL )<br>SERVICES LLC, )<br>  )<br>DEFENDANTS. ) | CIVIL ACTION NO.:<br>4:22-CV-01354-CLM |

**PLAINTIFFS' AMENDED RESPONSE TO DEFENDANTS' MOTION FOR MORE DEFINITE STATEMENT**

COME NOW the Plaintiffs, by and through their attorney of record, Kenneth J. Lay, and file their amended response to the Defendants' Motion for More Definite Statement, and the Plaintiffs state the following:

1. Plaintiffs filed their complaint with the Dekalb County Circuit Court on September 20, 2022, wherein they brought claims against the above-named Defendants related to a purported second mortgage and scheduled foreclosure sale.

2. On October 25, 2022, the Defendants, Paper Profits, LLC and FCI Lender Services filed a removal petition and removed this case to this Court.

3. After removal, Defendants, Paper Profits, LLC and FCI Lender Services, filed a motion for more definite statement.

4. The Plaintiffs do not oppose the motion for more definite statement and will amend their complaint to provide more facts as requested by the Defendants and will more adequately address which claims specifically apply to each individual Defendant in the case.[1]

5. The Plaintiffs accordingly seek 21 days to file their amended complaint in this matter in the event that this Court denies the Plaintiffs' motion for remand.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs pray that this Honorable Court enter an Order allowing for amending their complaint to provide a more definite statement, and for such further and other relief to which they may be entitled.

---

[1] Plaintiffs have also filed a motion for remand in this case. Accordingly, nothing in this response or consent to amend should in any way be construed to mean that the Plaintiffs are not seeking remand of this case or are waiving any of their rights to seek the remand of this case to state court.

RESPECTFULLY SUBMITTED:

/s/ Kenneth James Lay
HOOD & LAY, LLC
1117 22nd Street South
Birmingham, Alabama 35205
Tel: (205) 323-4123
Fax:(205) 776-2040
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

This is to certify that on this the 21st day of November 2022, a copy of the forgoing Response has been served upon counsel for all parties to this proceeding by U.S. Mail, postage prepaid.

**Douglas Alan Baymiller**
Rubin Lublin, LLC
11 N Water Street
The Battlehouse Tower
Suite 10290
Mobile, AL 36602

**Amanda M Beckett**
RUBIN LUBLIN LLC
428 North Lamar Blvd., Ste. 107
Oxford, MS 38655

/s/ Kenneth J Lay
Kenneth Lay

3